# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No.  13-cv-02505-REB-CBS

MORTGAGE SOLUTIONS OF COLORADO, LLC,

    Plaintiff,

v.

CENDERA FUNDING, INC., a Texas corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Stipulation For Dismissal With Prejudice** [#19][1] filed July 11, 2014.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#19] filed July 11, 2014, is **APPROVED**;

2. That the combined Final Pretrial Conference and Trial Preparation Conference set October 17, 2014, are **VACATED**;

3. That the jury trial set to commence November 3, 2014, is **VACATED**; and

---

[1] "[#19]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated July 11, 2014, at Denver, Colorado.

                                              **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge